Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MATT STRONG,
Plaintiff,

vs

(Please see attached list),
Defendants.

FILED
08 JAN 24 PM 3:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0145 BEN POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By P. DELA CRUZ, Deputy Clerk

JAN 2 4 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## LIST OF DEFENDANTS

1. Westfield America, Inc.
2. Parkway Plaza, LP
3. Elvi Restaurants Incorporated dba Arby's Restaurant #5939
4. ELG, LTD dba McDonald's
5. Pacific Food Business Corp. dba Subway #42364
6. Regal Cinemas, Inc. dba Regal Parkway Plaza 18
7. FFPE, LLC dba Pat & Oscar's
8. American Healthy Sandwich Corp. dba Quiznos Subs Parkway Plaza #1280