| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| LYNN HUBBARD, III, Bar #69773 <br> 12 WILLIAMSBURG LANE <br> CHICO, CA 95926 <br> Telephone No: 530 895-3252   FAX No: 530 894-8244 | | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: <br> KAINA | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Southern District Of California | | | | | |
| Plaintiff: MATT STRONG | | | | | |
| Defendant: WESTFIELD AMERICA, INC. | | | | | |
| **PROOF OF SERVICE** <br> **S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CV0145BENPOR | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:                    PARKWAY PLAZA, LP
   b. Person served:                   MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:  CT CORPORATION
                                        818 WEST 7TH STREET
                                        LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 30, 2008 (2) at: 12:45PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                                  d. *The Fee for Service was:*   $15.00

   HANSEN'S GUARANTEED PROCESS CO.                          e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206                               (i) Owner
   DOWNEY, CA 90242                                            (ii) Registration No.:   5613
   (562)904-9460, FAX (562)904-9462                            (iii) County:            Los Angeles
   gary@hansensguaranteed.com                                  (iv) Expiration Date:    Fri, Oct. 09, 2009
   www.hansensguaranteed.com

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 31, 2008

Judicial Council Form                PROOF OF SERVICE                  (RICH WILSON C.C.P.S.)
Rule 982.9.(a)&(b) Rev January 1, 2007   S&C USDC                                              3252.17053