SCHWARTZ SEMERDJIAN HAILE
BALLARD & CAULEY LLP

Dick A. Semerdjian, Esq. (State Bar No. 123630)
Jeffrey T. Temple, Esq. (SBN 217144)
**SCHWARTZ SEMERDJIAN HAILE**
**BALLARD & CAULEY LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone: (619) 236-8821
Facsimile: (619) 236-8827

## MATT STRONG v. WESTFIELD AMERICAN, INC., et al.
## United States District Court - Southern District 08 CV 145 BEN POR

### PROOF OF SERVICE BY ELECTRONIC FILING VIA COURTLINK

I, the undersigned, declare:  That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California in which county the within-mentioned filing occurred.  My business address is 101 West Broadway, Suite 810, San Diego, California 92101.

I served the following document(s):

**DEFENDANT FFPE, LLC dba PAT & OSCARS RESTAURANTS' ANSWER TO MATT STRONG'S COMPLAINT**

on designated recipients through electronic transmission through the CourtLink system. Upon completion of said transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by CourtLink's system.  Once CourtLink has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on February 15, 2008 at San Diego, California.

_____
Bernadette Joy La Chica

- 1 -

PROOF OF SERVICE BY ELECTRONIC FILING VIA COURTLINK