1  Thomas J. Leanse (Cal. Bar No. 84638)
   Thomas.Leanse@kattenlaw.com
2  Helen M. Cho (Cal. Bar No. 248290)
   Helen.Cho@kattenlaw.com
3  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendants WESTFIELD
   AMERICA, LP, AND PARKWAY PLAZA, LP
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 MATT STRONG                    )   **CASE NO. 3:08-cv-00145 BEN-POR**
                                  )
11         Plaintiffs,            )   **Assigned to Hon. Judge Roger T.**
                                  )   **Benitez**
12    vs.                         )
                                  )   **JOINT MOTION EXTENDING**
13 WESTFIELD AMERICA, INC.,       )   **DEFENDANTS WESTFIELD**
   PARKWAY PLAZA, LP, et al.      )   **AMERICA, LP'S AND PARKWAY**
14                                )   **PLAZA LP'S TIME TO RESPOND TO**
           Defendants.           )   **COMPLAINT**
15                                )
                                  )
16                                )
                                  )
17                                )
   _____)
18

19        WHEREAS, plaintiff Matt Strong ("Plaintiff") filed this action (the "Action") on

20 January 24, 2008, against defendants Westfield America, LP, erroneously sued as Westfield

21 America, Inc., and Parkway Plaza, LP (collectively, the "Defendants");

22        WHEREAS, the Complaint on file for the Action was served on Defendants on

23 January 30, 2008;

24        WHEREAS, the deadline for Defendant to respond to Plaintiff's Complaint is

25 presently March 14, 2008;

26        WHEREAS, the parties have agreed to extend the deadline for Defendants to provide

27 an answer to Plaintiff's Complaint to facilitate ongoing settlement discussions;

28

---

JOINT MOTION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1    WHEREAS, the parties would like to minimize fees and expenses in the Action while

2  these discussions are pending;

3    NOW, THEREFORE, Defendants Westfield America, LP and Parkway Plaza, LP and

4  Plaintiff Matt Strong hereby stipulate and agree to extend the deadline for responding to

5  Plaintiff's complaint until and including April 18, 2008.

6

7  Dated: March 14, 2008                KATTEN MUCHIN ROSENMAN LLP
                                        Thomas J. Leanse
8                                       Helen M. Cho

9
                                          /s/ Helen M. Cho
10                                      Helen M. Cho
                                        Attorneys for Defendant
11                                      Macerich Westcor Management, LLC

12

13  Dated: March 14, 2008              DISABLED ADVOCACY GROUP
                                        Lynn Hubbard, III
14

15                                        /s/Lynn Hubbard                         .
                                        Lynn Hubbard III
16                                      Attorney for Plaintiff Matt Strong

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT