UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MATT STRONG, | Civil No.   08cv0145-BEN (POR) |
|---|---|
| Plaintiff, | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| v. | |
| WESTFIELD AMERICAN, INC.; PARKWAY PLAZA, LP; ELVI RESTAURANTS INCORPORATED dba ARBY'S RESTAURANT #5939; ELG, LTD dba McDONALD'S; PACIFIC FOOD BUSINESS CORP. dba SUBWAY #42364; REGAL CINEMAS, INC, dba REGAL PARKWAY PLAZA 19; FFPE, LLC dba PAT & OSCAR'S; AMERICAN HEALTHY SANDWICH CORP. dba QUIZNOS SUBS PARKWAY PLAZA #1280, | |
| Defendants. | |

On March 17, 2008, the Court held an Early Neutral Evaluation. Lynn Hubbard, Esq., counsel for Plaintiff, appeared along with Plaintiff Matt Strong. Jeff Temple, Esq., counsel for Defendant FFPE, LLC dba Pat & Oscar's, appeared along with Jasmine Epperson, a representative of Defendant FFPE, LLC dba Pat & Oscar's. The case did not settle.

Due to the fact that settlement discussions are ongoing, the Court delays issuing Rule 26 dates and hereby schedules a Settlement Conference on **May 13, 2008** at **3:00 p.m.** *All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.* Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate

and enter into a settlement.  Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.  *Failure of required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.*  All conference discussions will be informal, off the record, privileged, and confidential.

*As to any answering party that has not yet settled, lead counsel responsible for the case and any unrepresented parties, along with property managers of commercial locations*, shall **meet and confer in person at the subject premises** regarding settlement of: 1) the alleged premise violations, and 2) damages, costs, and attorney fee claims.  All counsel appearing in the case shall be responsible to make the arrangements for the on-site conference.  **The meet and confer obligation cannot be satisfied by telephone or the exchange of letters**.  No later than seven days prior to the Settlement Conference, counsel shall lodge a <u>joint statement</u> in the chambers of the Honorable Louisa S. Porter certifying that the required <u>in-person conference</u> between counsel has taken place, advising the Court of the status of settlement negotiations, setting forth all issues in dispute, including property issues, Plaintiff's alleged damages, and the claim for attorney's fees and costs, along with a description of any settlement demands and/or offers exchanged.

Plaintiff's counsel shall serve a copy of this order on all parties that appear in this case after the date of this order.

**IT IS SO ORDERED.**

DATED:  March 18, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Roger T. Benitez
        all parties