1  Thomas J. Leanse (Cal. Bar No. 84638)
   Thomas.Leanse@kattenlaw.com
2  Helen M. Cho (Cal. Bar No. 248290)
   Helen.Cho@kattenlaw.com
3  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone:  310.788.4400
5  Facsimile:  310.788.4471

6  Attorneys for Defendants WESTFIELD
   AMERICA, LP, AND PARKWAY PLAZA, LP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| MATT STRONG, | ) | CASE NO. 3:08-cv-00145 BEN-POR |
| Plaintiffs, | ) | Assigned to Hon. Judge Roger T. Benitez |
| vs. | ) | |
| WESTFIELD AMERICA, INC., PARKWAY PLAZA, LP, et al. | ) | **[PROPOSED] ORDER EXTENDING DEFENDANTS WESTFIELD AMERICA, LP'S AND PARKWAY PLAZA LP'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendants. | ) | |

GOOD CAUSE APPEARING, IT IS SO ORDERED that Defendants Westfield America, LP's and Parkway Plaza, LP's deadline to respond to Plaintiff's complaint will be April 18, 2008.

Dated: March 20, 2008

_____
HON. ROGER T. BENITEZ

---

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT