1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN, 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 WILLIAMSBURG LANE
   CHICO, CA 95926
4  Telephone:  (530) 895-3252
   Facsimile:    (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG, | Case No. 08cv0145 BEN (POR) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| WESTFIELD AMERICA, INC., et al, | |
| Defendants. | |

Notice of Voluntary Dismissal                                    *Strong v. Westfield America, Inc., et al.*
                                                                                          08cv0145 BEN (POR)

1  TO THE COURT AND ALL PARTIES:

2  Plaintiff, MATT STRONG, hereby requests that purusant to FRCP 41 (a)(1),
3  the Court dismiss the above entitled action, without prejudice, **as to defendant
4  REGAL CINEMAS, INC. dba REGAL PARKWAY PLAZA 18 *only***, with each
5  party to bear their own fees and costs.

6  Nothing in this request shall be construed to affect plaintiff's complaint and
7  claims in the above referenced case against defendants other than defendant REGAL
8  CINEMAS, INC. dba REGAL PARKWAY PLAZA 18.

10  Dated: March 31, 2008                DISABLED ADVOCACY GROUP, APLC

12                  /s/ Lynn Hubbard, III
                    LYNN HUBBARD, III
13                  Attorney for Plaintiff