1  Lynn Hubbard, III, SBN 69773
   Scottlynn J Hubbard, IV, SBN 212970
2  **Disabled Advocacy Group, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff Matt Strong

## THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Strong, | Case No. 08cv0145 BEN (POR) |
|     Plaintiff, | |
| vs. | **Notice of Withdrawal of Document** |
| Westfield America, Inc., et al., | |
|     Defendants. | |

*Strong v. Westfield America, Inc.., et al.*, Case No. 08cv0145 BEN (POR)
Notice of Withdrawal of Document

- 1 -

1    NOTICE IS HEREBY GIVEN that Plaintiff, Matt Strong, hereby
2 withdraws the document entered as Docket No. 14. This document was
3 improperly filed under the title "Notice of Settlement," and will therefore be re-
4 filed under the proper heading.
5 Respectfully submitted,

7 Dated: April 1, 2008           DISABLED ADVOCACY GROUP, APLC

10           /s/ Lynn Hubbard, III, Esquire
            LYNN HUBBARD, III
            Attorney for Plaintiff

*Strong v. Westfield America, Inc.., et al.*, Case No. 08cv0145 BEN (POR)
Notice of Withdrawal of Document

- 2 -