LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MATT STRONG,

     Plaintiff,

v.

WESTFIELD AMERICA, INC., et al,

     Defendants.

_____/

Case No. 08cv0145 BEN (POR)

**NOTICE OF VOLUNTARY DISMISSAL**

1   TO THE COURT AND ALL PARTIES:

2       Plaintiff, MATT STRONG, hereby requests that purusant to FRCP 41 (a)(1),

3   the Court dismiss the above entitled action, with prejudice, **as to defendant REGAL**

4   **CINEMAS, INC. dba REGAL PARKWAY PLAZA 18** *only*, with each party to

5   bear their own fees and costs.

6       Nothing in this request shall be construed to affect plaintiff's complaint and

7   claims in the above referenced case against defendants other than defendant REGAL

8   CINEMAS, INC. dba REGAL PARKWAY PLAZA 18.

9

10  Dated: April 1, 2008                    DISABLED ADVOCACY GROUP, APLC

11

12                                          /s/ Lynn Hubbard, III
                                            LYNN HUBBARD, III
13                                          Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Voluntary Dismissal

- 2 -

*Strong v. Westfield America, Inc., et al.*
08cv0145 BEN (POR)