Cathy L. Arias (SBN 141989)
Susan E. Firtch, State Bar No. 154624
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:  (510) 444-6800
Facsimile:   (510) 835-6666
Email:    carias@burnhambrown.com
          sfirtch@burnhambrown.com

Attorneys for Defendant
ELG, LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Strong,<br><br>   Plaintiff,<br><br>v.<br><br>Westfield America, Inc.; Parkway Plaza, LP; Elvi Restaurants Incorporated dba Arby's Restaurant #5939; ELG, LTD dba McDonald's; Pacific Food Business Corp. dba Subway #42364; Regal Cinemas, Inc. dba Regal Parkway Plaza 18; FFPE, LLC dba Pat & Oscar's; American Healthy Sandwich Corp. dba Quiznos Subs Parkway Plaza #1280,<br><br>   Defendants. | No. CV-08-0145-BEN/POR<br><br>**DEFENDANT ELG, LTD.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**Complaint Filed: January 24, 2008**<br><br>JURY TRIAL DEMANDED |

  Defendant ELG, LTD. (hereinafter "Defendant") hereby answers MATT STRONG'S (hereinafter "Plaintiff") Complaint and demands a jury trial as follows:

///

///

1

DEFENDANT ELG, LTD.'S ANSWER TO PLAINTIFF'S COMPLAINT    08-CV-0145 BEN-POR

## I. DEFENDANT'S RESPONSE TO PLAINTIFF'S SUMMARY

1. Answering paragraphs 1 and 2 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein. As to the Plaintiff's claims that she has been subjected to discrimination and is entitled to damages, injunctive relief, declaratory relief, attorney's fees and costs, Defendant denies each and every allegation contained therein. As to the balance of the allegations contained in this paragraph, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief, denies the allegations contained therein.

## II. DEFENDANT'S RESPONSE TO PLAINTIFF'S ALLEGATIONS REGARDING JURISDICTION

2. Answering paragraphs 3, 4 and 5 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein.

## III. DEFENDANT'S RESPONSE TO PLAINTIFF'S ALLEGATIONS REGARDING VENUE

3. Answering paragraph 6 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer this paragraph and based on this lack of information and belief denies the allegations therein. Defendant denies that the actions of this answering Defendant referred to in the complaint constituted discrimination.

## IV. PARTIES

4. Answering paragraph 9 of the Complaint, Defendant denies the allegations contained therein to the extent the allegations fail to delineate between this answering Defendant and Parkway Plaza, LP. This answering Defendant admits only that it leases the store facility and owns and operates the business located in the facility.

5. Answering paragraphs 7, 8, 10, 11, 12 and 13 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs, and based on this lack

of information and belief denies the allegations therein.

6. Answering paragraph 14, of the Complaint, Defendant lacks information and belief sufficient to enable it to answer this paragraph and based on this lack of information and belief denies the allegations therein.

## V. DEFENDANT'S RESPONSE TO PLAINTIFF'S FACTUAL ALLEGATIONS

7. Answering paragraphs 15-26 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs, and based on this lack of information and belief denies the allegations therein.

8. Answering paragraphs 27 and 28 of the Complaint, Defendant denies each and every allegation contained therein.

9. Answering paragraphs 29-43 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs, and based on this lack of information and belief denies the allegations therein.

10. Answering paragraphs 44-46 of the Complaint, Defendant denies each and every allegation contained therein.

11. Answering paragraphs 47-58 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs, and based on this lack of information and belief denies the allegations therein.

## VI. DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST CLAIM- AMERICANS WITH DISABILITIES ACT OF 1990

12. Answering paragraph 59 of the Complaint, Defendant incorporates its responses to paragraphs 1 through to and including 58 as though fully stated herein.

13. Answering paragraph 60 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs, and based on this lack of information and belief denies the allegations therein.

14. Answering paragraphs 61-75 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs, and based on this lack of information

and belief denies the allegations therein.

## VII. DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND CLAIM DISABLED PERSONS ACT

15. Answering paragraph 76 of the Complaint, Defendant incorporates its responses to paragraphs 1 through to and including 75, as though fully stated herein.

16. Answering paragraphs 77, 78 and 79 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein.

17. Answering paragraphs 80, 81 and 82 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein. To the extent these paragraphs allege discriminatory acts and demand damages against this answering Defendant, Defendant denies each and every allegation contained therein.

## VIII. DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD CLAIM— UNRUH CIVIL RIGHTS ACT

18. Answering paragraph 83 of the Complaint, Defendant incorporates its responses to paragraphs 1 through to and including 83, as though fully stated herein.

19. Answering paragraphs 84, 85 and 86 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein.

20. Answering paragraphs 87, 88, 89 and 90 of the Complaint, Defendant denies each and every allegation contained therein and Defendant further denies that Plaintiff is entitled to any damages.

## IX. DEFENDANT'S RESPONSE TO PLAINTIFF'S FOURTH CLAIM— DENIAL OF FULL AND EQUAL ACCESS TO PUBLIC FACILITIES

21. Answering paragraph 91 of the Complaint, Defendant incorporates its responses to paragraphs 1 through to and including 90, as though fully stated herein.

22. Answering paragraphs 92 and 93 of the Complaint, to the extent Plaintiff asserts

1  legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these
2  paragraphs and based on this lack of information and belief denies the allegations therein.

### X. FIFTH CLAIM THROUGH AND INCLUDING EIGHTH CLAIM (DIRECTED AGAINST THE ARBY'S FACILITY)

23. Answering paragraphs 96 through to and including Paragraph 132 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein. To the extent paragraphs 96 through to and including paragraph 132 allege legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and based on this lack of information and belief denies the allegations therein.

### XI. NINTH CLAIM THROUGH AND INCLUDING TWELFTH CLAIM DIRECTED AGAINST THE MCDONALD'S FACILITY

24. Answering paragraph 133 of the Complaint, Defendant incorporates its responses to paragraphs 1-132, as though fully stated therein.

25. Answering paragraph 134 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer this paragraph and, based on this lack of information and belief, denies the allegations therein.

26. Answering paragraphs 135-149 of the Complaint, Defendant denies each and every allegation contained therein.

27. Answering paragraph 150 of the Complaint, Defendant incorporates its responses to paragraphs 1 to and including 149, as though fully stated herein.

28. Answering paragraphs 151-153 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and, based on this lack of information and belief, denies the allegations contained therein.

29. Answering paragraphs 154-156 of the Complaint, Defendant denies each and every allegation contained therein.

30. Answering paragraph 157 of the Complaint, Defendant incorporates its responses

to paragraphs 1-56 of the Complaint.

31. Answering paragraphs 158-160 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and, based on this lack of information and belief, denies the allegations contained therein.

32. Answering paragraphs 161-164 of the Complaint, Defendant denies each and every allegation contained therein.

33. Answering paragraph 165 of the Complaint, Defendant incorporates its responses to paragraphs 1 to and including 164, as though fully stated herein.

34. Answering paragraphs 166 and 167 of the Complaint, to the extent Plaintiff asserts legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and, based on this lack of information and belief, denies the allegations contained therein.

35. Answering paragraphs 168 and 169 of the Complaint, Defendant denies each and every allegation contained therein.

36. Defendant denies that Plaintiff is entitled to injunctive and/or declaratory relief. Defendant further denies that Plaintiff is entitled to any form of damages, including, general, statutory, special, punitive and/or in the form of attorney's fees and costs of suit.

XII. **THIRTEENTH CLAIM THROUGH AND INCLUDING TWENTY-FIFTH CLAIM DIRECTED AGAINST OTHER DEFENDANTS (THE SUBWAY FACILITY, THE REGAL CINEMA FACILITY, THE PAT & OSCAR FACILITY, AND THE QUIZNOS FACILITY)**

37. Answering paragraphs 170-295 of the Complaint, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and, based on this lack of information and belief, denies the allegations contained therein. To the extent paragraphs 170-295 allege legal conclusions, Defendant lacks information and belief sufficient to enable it to answer these paragraphs and, based on this lack of information and belief, denies the allegation therein.

38. Defendant further demands a jury trial.

1 | WHEREFORE, this answering Defendant prays for judgment as follows:

2 |     1. That Plaintiff take nothing by reason of her Complaint on file herein;

3 |     2. For reasonable attorney fees;

4 |     3. For costs of suit incurred herein; and

5 |     4. For such other and further relief as the Court deems just and proper.

DATED: April 21, 2008

BURNHAM BROWN

By _[signature: Cathy L.C.]_
CATHY L. ARIAS
Attorneys for Defendant
ELG, LTD.

858253