Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Strong, <br><br> Plaintiff, <br><br> vs. <br><br> Westfield America, Inc., et al., <br><br> Defendant. | Case No. 08cv0145 BEN (POR) <br><br> **Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Strong v. Westfield America, Inc., et al.,* Case No. 08cv0145 BEN (POR), has been resolved with respect to defendants Westfield America, Inc. and Parkway Plaza, LP *only*. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: April 25, 2008          DISABLED ADVOCACY GROUP, APLC


          */s/ Lynn Hubbard, Esquire          /*
          LYNN HUBBARD, III
          Attorney for Plaintiff

*Feezor v. Coastline Food Services Corp.*, et al., 08cv0034 W (RBB)
Notice of Settlement

Page 1