1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 MATT STRONG,                          Case No. 08cv0145 BEN (POR)

12     Plaintiff,
                                         **NOTICE OF VOLUNTARY**
13 v.                                    **DISMISSAL**

14 WESTFIELD AMERICA, INC., et al.,

15     Defendants.
                                      /
16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO THE COURT AND ALL PARTIES:

2  Plaintiff, MATT STRONG, hereby requests that purusant to FRCP 41 (a)(1), the Court dismiss the above entitled action, with prejudice, **as to defendant AMERICAN HEALTHY SANDWICH CORP. dba QUIZNOS SUBS PARKWAY PLAZA #1280** *only*.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant AMERICAN HEALTHY SANDWICH CORP. dba QUIZNOS SUBS PARKWAY PLAZA #1280.

Dated: May 1, 2008                DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III, Esquire*
LYNN HUBBARD, III
Attorney for Plaintiff Matt Strong