Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Strong,<br><br>    Plaintiff,<br><br>    vs.<br><br>Westfield America, Inc., et al.,<br><br>    Defendant. | Case No. 08cv0145 BEN (POR)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Strong v. Westfield America, Inc., et al.,* Case No. 08cv0145 BEN (POR) has been resolved **as to defendant Pacific Food Business Corp. dba Subway #42364 *ONLY*.**  The parties anticipate having a Notice of Dismissal on file within four weeks.

Dated: May 2, 2008            DISABLED ADVOCACY GROUP, APLC


            */s/ Lynn Hubbard, Esquire            /*
            LYNN HUBBARD, III
            Attorney for Plaintiff

*Strong v. Westfield America, Inc.*, et al., 08cv0145 BEN (POR)
Notice of Settlement

Page 1