Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Strong, | Case No. 08cv0145 BEN (POR) |
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Westfield America, Inc., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Strong v. Westfield America, Inc., et al.,* Case No. 08cv0145 BEN (POR), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: May 5, 2008                DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, Esquire                /
LYNN HUBBARD, III
Attorney for Plaintiff

*Strong v. Westfield America, Inc., et al.*, 08cv0145 BEN (POR)
Notice of Settlement

Page 1