LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG, | Case No. 08cv0145 BEN (POR) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| WESTFIELD AMERICA INC, et al., | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2      Plaintiff, MATT STRONG , hereby requests that purusant to FRCP 41 (a)(1),

3  the Court dismiss the above entitled action, with prejudice, **as to defendant ELVI**

4  **RESTAURANTS INCORPORATED dba ARBY'S RESTAURANTS**

5  **INCORPORATED #5939 _only_**.

6      Nothing in this request shall be construed to affect plaintiff's complaint and

7  claims in the above referenced case against defendants other than defendant ELVI

8  RESTAURANTS dba ARBY'S RESTAURANTS INCORPORATED #5939.

9
10  Dated: May 12, 2008              DISABLED ADVOCACY GROUP, APLC

11                                                                  _/s/ Lynn Hubbard, III, Esquire_
12                                                                   LYNN HUBBARD, III
                                                                 Attorney for Plaintiff Matt Strong

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28