UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>           Plaintiff,<br><br>    v.<br><br>WESTFIELD AMERICAN, INC.; PARKWAY PLAZA, LP; ELVI RESTAURANTS INCORPORATED dba ARBY'S RESTAURANT #5939; ELG, LTD dba McDONALD'S; PACIFIC FOOD BUSINESS CORP. dba SUBWAY #42364; REGAL CINEMAS, INC, dba REGAL PARKWAY PLAZA 19; FFPE, LLC dba PAT & OSCAR'S; AMERICAN HEALTHY SANDWICH CORP. dba QUIZNOS SUBS PARKWAY PLAZA #1280,<br><br>           Defendants. | Civil No.   08cv0145-BEN (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

   On May 5, 2008, Plaintiff's counsel filed a notice of settlement wherein he represents that the above-entitled matter has settled.  Accordingly, IT IS HEREBY ORDERED:

   1.   The Settlement Conference set for May 13, 2008 is vacated.

   2.   A Joint Motion for Dismissal shall be submitted to the Honorable Roger T. Benitez on or before **June 5, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

   3.   If a Joint Motion for Dismissal is not submitted on or before June 5, 2008, then a Settlement Disposition Conference shall be held on **June 6, 2008,** at **9:30 a.m.** before

Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Plaintiff's counsel shall initiate and coordinate the conference call.

4. If a Joint Motion for Dismissal is received on or before June 5, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED:  May 12, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Roger T. Benitez
      all parties