1  Cathy L. Arias (SBN 141989)
   James F. Blake (SBN 130680
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California 94612
   Telephone: (510) 444-6800
6  Facsimile: (510) 835-6666
   Email:     carias@burnhambrown.com
7             jblake@burnhambrown.com

8  Attorneys for Defendant
   ELG, LTD.
9

10             UNITED STATES DISTRICT COURT

11             SOUTHERN DISTRICT OF CALIFORNIA

12 | Matt Strong, | No. CV-08-0145-BEN/POR

13 | Plaintiff, | **JOINT STIPULATION FOR DISMISSAL**

14 | v. |

15 | Westfield America, Inc.; Parkway Plaza, LP; Elvi Restaurants Incorporated dba Arby's Restaurant #5939; ELG, LTD dba McDonald's; Pacific Food Business Corp. dba Subway #42364; Regal Cinemas, Inc. dba Regal Parkway Plaza 18; FFPE, LLC dba Pat & Oscar's; American Healthy Sandwich Corp. dba Quiznos Subs Parkway Plaza #1280, | **Complaint Filed: January 24, 2008**

21 | Defendants.

22

23    IT IS HEREBY STIPULATED between plaintiff, MATT STRONG, and

24 defendant ELG, LTD., that this Court enter a dismissal with prejudice of plaintiff's

JOINT STIPULATION FOR DISMISSAL          1               08-CV-0145-BEN/POR

1 | complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each
2 | party to bear their own attorney's fees and costs.

3 | DATED: June 4, 2008     BURNHAM BROWN

*[signature: Cathy]*

CATHY L. ARIAS
Attorneys for Defendant
ELG LTD.

8 | DATED: June 4, 2008     DISABLED ADVOCACY GROUP, APLC

*[signature]*

LYNN HUBBARD, III
Attorneys for Plaintiff
MATT STRONG

865898