Cathy L. Arias (SBN 141989)
James F. Blake (SBN 130680
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:   (510) 835-6666
Email:        carias@burnhambrown.com
                jblake@burnhambrown.com

Attorneys for Defendant
ELG, LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Strong,<br><br>          Plaintiff,<br><br>v.<br><br>Westfield America, Inc.; Parkway Plaza, LP; Elvi Restaurants Incorporated dba Arby's Restaurant #5939; ELG, LTD dba McDonald's; Pacific Food Business Corp. dba Subway #42364; Regal Cinemas, Inc. dba Regal Parkway Plaza 18; FFPE, LLC dba Pat & Oscar's; American Healthy Sandwich Corp. dba Quiznos Subs Parkway Plaza #1280,<br><br>          Defendants. | No. CV-08-0145-BEN/POR<br><br>**DEFENDANT ELG, LTD.'S PROOF OF SERVICE OF JOINT STIPULATION FOR DISMISSAL AND PROPOSED ORDER**<br><br>**Complaint Filed: January 24, 2008** |

///

///

///

| | |
|---|---|
| Re: | Strong v. Westfield America, Inc., et al. |
| Court: | United States District Court, Southern District |
| Action No: | 08-CV-0145 BEN-POR |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On June 4, 2008, I served the following document(s) in the following manner(s):

**JOINT STIPULATION FOR DISMISSAL; PROPOSED ORDER**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon on the date and place shown below following ordinary business practice. I am familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **FACSIMILE:** By transmitting a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was     .

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

☐ **E-FILE & SERVE:** By electronically transmitting the document(s) listed above to ECF/PACER, an electronic filing service provider to the United States District Court, Southern District, at http://www.msn.com/ pursuant to the Court's Order Mandating Electronic Service. The transmission was reported as complete and without error.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:   June 4, 2008

_Kellie Cabico_

PROOF OF SERVICE                                CASE NO. 08-CV-0145 BEN-POR

| | |
|---|---|
| Re: | Strong v. Westfield America, Inc., et al. |
| Court: | United States District Court, Southern District |
| Action No: | 08-CV-0145 BEN-POR |

| | |
|---|---|
| Lynn Hubbard, III<br>DISABLED ADVOCACY GROUP<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Phone: (530) 895-3252  Fax: (530) 894-8244<br>Email: usdcso@hubslaw.com | Plaintiff's Counsel |

| | |
|---|---|
| Jeffrey M. Temple<br>SCHWARTZ SEMERDJIAN HAILE<br>BALLARD & CAULEY<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>Phone: (619) 236-8821  Fax: (619) 236-8827<br>Email: jtemple@sshbclaw.com | Counsel for Defendant<br>FFPE, LLC dba Pat & Oscar's |