```
1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff Matt Strong

6

7  JEFFREY M. TEMPLE, SBN 217144
   SCHWARTZ SEMERDJIAN HAILE
   BALLARD & CAULEY LLP
8  101 WEST BROADWAY, SUITE 810
   SAN DIEGO, CA 92101
9  Telephone: (619) 236-8821
10 Facsimile: (619) 236-8827

11 Attorneys for Defendant FFPE, LLC
   dba PAT & OSCARS
12

13 HELEN CHO, SBN 248290
   KATTEN MUCHIN ROSENMAN, LLP
14 2029 CENTURY PARK EAST, SUITE 2600
   LOS ANGELES, CA 90067
15 Telephone: (310) 788-4400
   Facsimile: (310) 788-4471
16
   Attorneys for Defendant Parkway Plaza, LP
17

18
                UNITED STATES DISTRICT COURT
19
                SOUTHERN DISTRICT OF CALIFORNIA
20

21

22 MATT STRONG,                     Case No. 08cv0145 BEN (POR)

23      Plaintiff,
                                    JOINT MOTION FOR DISMISSAL
24 v.

25 WESTFIELD AMERICA INC, et al.,

26      Defendants.
   _____/
27

28
   Joint Motion for Dismissal
   Strong v Westfield America Inc., et al.
                                              08cv0145 BEN (POR)
```

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by plaintiff, MATT STRONG, and defendant, FFPE, LLC dba PAT & OSCARS, and defendant PARKWAY PLAZA, LP, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

The dismissal with prejudice shall dismiss the action in its entirety.

Dated: June 5, 2008    DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III, Esquire
LYNN HUBBARD, III
Attorney for Plaintiff Matt Strong

Dated: June 5, 2008    SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP

JEFFREY M. TEMPLE
Attorney for Defendant FFPE, LLC
dba Pat & Oscars

Dated: June 5, 2008    KATTEN MUCHIN ROSENMAN, LLP

/s/ Helen Cho
HELEN CHO
Attorney for Defendant Parkway Plaza, LP

Joint Motion for Dismissal
Strong v Westfield America Inc., et al.

- 2 -

08cv0145 BEN (POR)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Merry M. Lowe, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, California 95926.

On June 6, 2008, I caused to be served the document described as **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

The following is a procedure in which service of this document was effected:

(xx)   Electronic Service: By causing the document to be served via the Court's ECF Filing System.
( )   U.S. Postal Service (by placing for collection and deposit in the United States mail a copy of said document at the Disabled Advocacy Group, APLC, 12 Williamsburg Lane, Chico, Butte County, California, in a sealed envelope, with postage fully prepaid.
(xx)   Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 6, 2008           /s/ Merry M. Lowe            /
                              MERRY M. LOWE

Joint Motion for Dismissal
*Strong v Westfield America Inc., et al.*
                              - 3 -                        08cv0145 BEN (POR)