```
 1  LYNN HUBBARD III, SBN 69773
    SCOTTLYNN J HUBBARD IV, SBN, 212970
 2  **DISABLED ADVOCACY GROUP, APLC**
    12 WILLIAMSBURG LANE
 3  CHICO, CA 95926
    Telephone: (530) 895-3252
 4  Facsimile: (530) 894-8244

 5  Attorneys for Plaintiff Matt Strong

 6
 7  HELEN CHO, SBN 248290
    KATTEN MUCHIN ROSENMAN, LLP
 8  2029 CENTURY PARK EAST, SUITE 2600
    LOS ANGELES, CA 90067
 9  Telephone: (310) 788-4400
    Facsimile: (310) 788-4471

10  Attorneys for Defendant Westfield America, LP
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG, | Case No. 08cv0145 BEN (POR) |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL** |
| v. | |
| WESTFIELD AMERICA INC, et al., | |
| Defendants. | |

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by plaintiff, MATT STRONG, and defendant, WESTFIELD AMERICA, LP, erroneously sued as WESTFIELD AMERICA INC., that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

The dismissal with prejudice shall dismiss the action in its entirety.

Joint Motion for Dismissal
*Strong v Westfield America Inc.,et al.*

08cv0145 BEN (POR)

Dated: June 9, 2008   DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III, Esquire*
LYNN HUBBARD, III
Attorney for Plaintiff Matt Strong

Dated: June 9, 2008   KATTEN MUCHIN ROSENMAN, LLP

*/s/ Helen Cho, Esquire*
HELEN CHO
Attorney for Defendant Westfield America, LP

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Merry M. Lowe, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, California 95926.

On June 9, 2008, I caused to be served the document described as **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

The following is a procedure in which service of this document was effected:

(xx)  Electronic Service: By causing the document to be served via the Court's ECF Filing System.
(  )  U.S. Postal Service (by placing for collection and deposit in the United States mail a copy of said document at the Disabled Advocacy Group, APLC, 12 Williamsburg Lane, Chico, Butte County, California, in a sealed envelope, with postage fully prepaid.
(xx)  Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 9, 2008          */s/ Merry M. Lowe          /*
                              MERRY M. LOWE