UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>                Plaintiff,<br><br>          v.<br><br>WESTFIELD AMERICAN, INC.; PARKWAY PLAZA, LP; ELVI RESTAURANTS INCORPORATED dba ARBY'S RESTAURANT #5939; ELG, LTD dba McDONALD'S; PACIFIC FOOD BUSINESS CORP. dba SUBWAY #42364; REGAL CINEMAS, INC, dba REGAL PARKWAY PLAZA 19; FFPE, LLC dba PAT & OSCAR'S; AMERICAN HEALTHY SANDWICH CORP. dba QUIZNOS SUBS PARKWAY PLAZA #1280,<br><br>                Defendants. | Civil No.   08cv0145-BEN (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 5, 2008, Plaintiff's counsel requested that the Settlement Disposition Conference set for June 6, 2008 be rescheduled because additional time is necessary to submit the Joint Motion for Dismissal. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Roger T. Benitez on or before **June 13, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before June 13, 2008, then a Settlement Disposition Conference shall be held on **June 19, 2008,** at **9:30 a.m.**

before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.

Plaintiff's counsel shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before June 13, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: June 5, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Roger T. Benitez
    all parties