1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff Matt Strong

6

7  MARC MANDELBLATT
   LAW OFFICES OF MARC MANDELBLATT
   600 West Broadway, 7th Floor
8  San Diego, CA 92101-3311
   Telephone: (619) 233-5659
9  Facsimile: (619) 233-5610

10

11 Attorneys for Defendant Pacific Food
   Business Corp. dba Subway #42364

12

13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16

17 MATT STRONG,                    Case No. 08cv0145 BEN (POR)

18      Plaintiff,
                                   **JOINT MOTION FOR DISMISSAL**
19 v.

20 WESTFIELD AMERICA INC, et al.,

21      Defendants.
   _____/

22

23

24

25

26

27

28

Joint Motion for Dismissal
*Strong v Westfield America Inc.,et al.*

08cv0145 BEN (POR)

1    IT IS HEREBY JOINTLY REQUESTED, pursuant to a settlement and release
2 agreement between plaintiff, MATT STRONG, and defendant, PACIFIC FOOD
3 BUSINESS CORP. dba SUBWAY #42364, that this Court enter a dismissal with
4 prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ.
5 P. 41 as to defendant PACIFIC FOOD BUSINESS CORP. dba SUBWAY #42364
6 only.

   Nothing in this Joint Motion shall be construed to affect plaintiff's complaint
and claims in the above referenced case against defendant other than defendant
PACIFIC FOOD BUSINESS CORP. dba SUBWAY #42364.

Dated: June 19, 2008                DISABLED ADVOCACY GROUP, APLC

                                    */s/ Lynn Hubbard, III, Esquire*
                                    LYNN HUBBARD, III
                                    Attorney for Plaintiff Matt Strong

Dated: June 25, 2008                LAW OFFICES OF MARC
                                    MANDELBLATT

                                    */s/ Marc Mandelblatt, Esquire*
                                    MARC MANDELBLATT
                                    Attorney for Defendant Pacific Food
                                    Business Corp. dba Subway #42364

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Lynn Hubbard, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, California 95926.

On June 30, 2008, I caused to be served the document described as **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

The following is a procedure in which service of this document was effected:

(xx) Electronic Service: By causing the document to be served via the Court's ECF Filing System.

( ) U.S. Postal Service (by placing for collection and deposit in the United States mail a copy of said document at the Disabled Advocacy Group, APLC, 12 Williamsburg Lane, Chico, Butte County, California, in a sealed envelope, with postage fully prepaid.

(xx) Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 30, 2008          */s/ Lynn Hubbard*
                              LYNN HUBBARD