FILED
2008 JUL -1  PM 2:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTFIELD AMERICA INC, et al.,<br><br>　　　　Defendants. | Case No. 08cv0145 BEN (POR)<br><br>**ORDER RE: JOINT MOTIONS FOR DISMISSAL** |

Having reviewed the foregoing Joint Motions, and good cause appearing therefore, the Court GRANTS the Joint Motions and dismisses the above-captioned action with prejudice as to Defendants: (1) FFPE, LLC dba PAT & OSCARS; (2) WESTFIELD AMERICA, LP, erroneously sued as WESTFIELD AMERICA, INC; (3) ELG, LTD; (4) PARKWAY PLAZA, LP; and (5) PACIFIC FOOD BUSINESS COPR. dba Subway #42364. The Clerk shall close the case.

Dated: 6/30/08

Honorable Roger T. Benitez
Judge of the District Court